IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02468-WYD-BNB

SIERRA CLUB,

Plaintiff,

v.

COLORADO SPRINGS UTILITIES, an enterprise of the City of Colorado Springs, and
THE CITY OF COLORADO SPRINGS, a municipal corporation,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Plaintiff's Unopposed Motion to Vacate or Stay Magistrate [Judge's] Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting** (the "Motion"), filed January 11, 2006. The Motion is unopposed.

IT IS ORDERED that the Motion is GRANTED, and the scheduling conference set for **February 8, 2006**, is VACATED.

IT IS FURTHER ORDERED that the plaintiff shall perfect service of process against the defendants on or before **February 9, 2006**, the deadline by which service must be perfected in a related case with which the plaintiff indicates it will seek consolidation.

IT IS FURTHER ORDERED that the plaintiff shall file a status report on or before **March 6, 2006**, in which the plaintiff shall address the status of service, of any motion to consolidate, and a proposal for how this case should proceed.

Dated January 12, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge